UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-584 MJD/JGL

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES K. OSBORNE,

Defendant.

**ORDER**

This matter comes before the Court on the motion of the United States for entry of default judgment against defendant. Lonnie F. Bryan, Assistant United States Attorney, appears for the United States.

Based upon the memorandum, affidavit and arguments of counsel, and upon all the files, records and proceedings herein,

IT IS ORDERED THAT default judgment as follows:

1. On Count I, in the principal sum of $3,301.27, plus prejudgment interest until March 15, 2001 in the amount of $1,305.52, plus additional prejudgment interest at a rate of eight percent per annum until entry of judgment and postjudgment interest at the legally applicable rate, plus,

2. On Count II, in the principal sum of $780.43, plus prejudgment interest until March 15, 2001 in the amount of $354.03, plus additional prejudgment interest at a rate of 9.13 percent per annum until entry of judgment and postjudgment interest at the legally applicable rate, plus,

3. Pursuant to 28 U.S.C. § 2412 costs in the amount of

FILED OCT 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD OCT 12 2001
DEPUTY CLERK

$150.00, and the cost of service in the amount of $201.74 be entered against defendant and postjudgment interest at the applicable rate.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:
Oct. 12, 2001

Michael J. Davis

United States District Court
The Honorable Michael J. Davis

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.