# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

Plaintiff,

Case No. Civil 01-584 MJD/JGL

v.

**DEFAULT JUDGMENT IN A CIVIL CASE**

JAMES K. OSBORNE,

Defendant.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that default judgment as follows: 1. On Count I, in the principal sum of $3,301.27, plus prejudgment interest until March 15, 2001 in the amount of $1,305.52, plus additional prejudgment interest at a rate of eight percent per annum until entry of judgment and postjudgment interest at the legally applicable rate, plus, 2. On Count II, in the principal sum of $780.43, plus prejudgment interest until March 15, 2001 in the amount of $354.03, plus additional prejudgment interest at a rate of 9.13 percent per annum until entry of judgment and postjudgment interest at the legally applicable rate, plus, 3. Pursuant to 28 U.S.C. 2412 costs in the amount of $150.00, and the cost of service in the amount of $201.74 be entered against defendant and postjudgment interest at the applicable rate.**

DATE: October 12, 2001

RICHARD SLETTEN , CLERK

E Knoblauch

E. Knoblauch, Deputy Clerk