UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-584 PAM/JGL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES K. OSBORNE,<br><br>Defendant,<br><br>WELLS FARGO,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on January 30, 2004, is hereby released.

Dated: Feb 13, 2004

Magistrate Judge
United States District Court

FILED FEB 13 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK