ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-584 MJD

REDACTED
For Public Disclosure

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES K. OSBORNE,

Defendant,

and

DIVISION 21,

Garnishee.

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, James K. Osborne, Social Security Number, XXX-XX-2294, with the last known address of XXXX, Brooklyn Park, MN 55428.

The judgment was entered on August 8, 2001, for Student Loan defaults. The judgment was entered in the amount of $6,092.99, plus interest and costs.

As of October 13, 2005, after applying payments, if any, the balance on this judgment debt was $5,931.52 in principal, plus interest and costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from October 13, 2005, at a rate of 2.11% per annum.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has

SCANNED
OCT 28 2005
U.S. DISTRICT COURT DULUTH

failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Division 21, 2402 University Avenue West, St. Paul, MN 55114

Dated: October 15, 2005

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600

RE

**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

*(612)664-5600*

05 OCT 28 AM 10

OCT 2 6 2005

October 13, 2005

Judge Michael J. Davis
United States District Court
300 South Fourth Street, Suite 14E
Minneapolis, MN 55415

RE: United States v. James K. Osborne
Civil No. 01-584 MJD /JGL

Dear Judge Davis:

Enclosed for review by you and the Clerk of Court, relative to the above-referenced case, please find a Writ of Continuing Garnishment, Claim for Exemption Form, Clerk's Notice of Post-Judgment Garnishment and the original and two copies of the Government's Application for Writ of Continuing Garnishment.

As soon as we receive the Writ, authorized by you and executed by the Clerk of Court, and the Notice, executed by the Clerk of Court, we will ask the U.S. Marshal's Office to personally serve the garnishee and the debtor with the appropriate documents.

If you have any questions or concerns relative to this procedure, please contact me at 664-5630.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887

Enclosures