UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-584 MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES OSBORNE,<br>Defendant,<br>DIVISION 21,<br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on November 15, 2005, is hereby released.

Dated: April 12, 2006

s / Michael J. Davis
Judge
United States District Court